No. 98–1629. WELLER ET AL. *v.* DELOITTE & TOUCHE. Ct. App. Tex., 7th Dist. Certiorari denied.

No. 98–1631. GRINE ET AL. *v.* COOMBS ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–1632. CAMPBELL *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 8th Cir. Certiorari denied.

No. 98–1637. DAMPTS *v.* HOLT ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1647. MANN *v.* UNITED STATES; and
No. 98–1652. MOORE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 161 F. 3d 840.

No. 98–1660. ELLIS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1668. ENTINES ET AL. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 98–1669. AZIZ *v.* UNIVERSITY OF AKRON. C. A. 6th Cir. Certiorari denied.

No. 98–1676. WWOR–TV, INC. *v.* LOCAL 209, NABET–CWA, AFL–CIO. C. A. 2d Cir. Certiorari denied.

No. 98–1678. BREWSTER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–1683. CLEVELAND *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–1684. PAUL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7510. HALL *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7589. KING *v.* POPPELL ET AL. C. A. 5th Cir. Certiorari denied.